```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  S. ROBERT TICE-RASKIN
    Assistant United States Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA  95814
 4  Telephone:  (916) 554-2700
    Facsimile:  (916) 554-2900
 5

 6  Attorneys for Plaintiff
    United States of America
 7
```

8  IN THE UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>LONG N. LEE, et al.,<br><br>　　　　　　　　Defendant. | CASE NO.  2:03-CR-00202 TLN<br><br>**MOTION TO DISMISS INDICTMENTS AS TO DEFENDANT DAVINDER SINGH BHULLAR; ORDER** |

## **MOTION**

The United States hereby moves to dismiss the Indictment and all Superseding Indictments as to fugitive defendant Davinder Singh BHULLAR, and to recall the pending arrest warrant.

Dated:  June 18, 2013　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　 /s/ S. Robert Tice-Raskin
　　　　　　　　　　　　　　　　　　　　　S. ROBERT TICE-RASKIN
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

/ / /

/ / /

1

## ORDER

The charges against defendant **DAVINDER SINGH BHULLAR** in the pending Indictment and all Superseding Indictments are hereby DISMISSED, and the outstanding arrest warrant is recalled.

IT IS SO ORDERED.

DATED:    June 19, 2013

Troy L. Nunley
United States District Judge